On respondent's confession of error filed June 17, reversed July 18, 1977

STATE ex rel ROBINETT, *Respondent,*

*v.*

GODWIN, *Appellant.*

(No. 37-494, (237-H), CA 8423)

566 P2d 208

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and Kevin L. Mannix, Assistant Attorney General, Salem, appeared for respondent.

No appearance contra.

Before Schwab, Chief Judge, and Lee and Richardson, Judges.

PER CURIAM.

**PER CURIAM.**

The state concedes error. *State v. Wells,* 27 Or App 537, 556 P2d 727 (1976).

Reversed.